UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABCDE OPERATING, LLC, A Limited Liability Company, Doing Business As THE PENTHOUSE CLUB,

          Plaintiff

-vs-

THE CITY OF DETROIT, A Municipal Corporation, KARLA HENDERSON, Individually and in Her Official Capacity As Director of the DEPARTMENT OF BUILDING & SAFETY ENGINEERING, A Municipal Agency, and JANICE M. WINFREY, Clerk of THE CITY OF DETROIT, in her Official Capacity,

          Defendants.

Case No: 2:09-CV-14969
HON. GEORGE CARAM STEEH

**ORDER REGARDING SUBMISSION OF APPROVAL**

---

| | |
|---|---|
| TIMOTHY P. MURPHY (P25941)<br>timothypmurphy@ameritech.net<br>Attorney for Plaintiff<br>20816 East 11 Mile Road, Suite 111<br>St Clair Shores, Michigan 48081-1578<br>586.779.8416 fax 313.344.7420 | ERIC B. GAABO (P39213)<br>gaabe@law.ci.detroit.mi.us<br>Attorney for Defendants<br>660 Woodward Ave., Ste. 1650<br>Detroit, MI 48226<br>313.237.3052 |

**ORDER REGARDING SUBMISSION OF APPROVAL TO MICHIGAN LIQUOR CONTROL COMMISSION PURSUANT TO MCL § 436.1916(10)**

      The Court having concluded and declared that the Plaintiff was entitled to the approval of the Detroit City Council and the Chief of Police on its Petition 1313 requesting the transfer of Entertainment and Topless Activity Permits on November 20, 2009, but that there may now exist conditions which would

constitute adequate and sufficient grounds for disapproval of the Petition, and the Court being advised in the premises,

**IT IS ORDERED** that upon the filing of an Affidavit by Plaintiff's Counsel affirmatively demonstrating that the claimed violation of the City's Sign Ordinance constituting adequate and sufficient grounds for disapproval of the Petition has been remedied by removal of the claimed violating sign or replacement by a sign not exceeding 319 square feet in area, this Order may be transmitted to the Michigan Liquor Control Commission.

**IT IS FURTHER ORDERED** that upon transmission to and receipt by the MLCC, this Order shall constitute the *approval of the local legislative body* within the meaning of MCL § 436.1916(10)(b) and shall constitute the approval of *the chief law enforcement officer of the jurisdiction within which the premises are located* within the meaning of MCL § 436.1916(10)(c). Upon the receipt of this Order by MLCC, Count 4 shall be dismissed with prejudice and without costs.

Dated:  January 21, 2010

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Approved as to form:

s/Timothy Patrick Murphy      s/Eric B. Gaabo_____
Attorney for Plaintiff      Senior Assistant Corporation Counsel
         Attorney for Defendants