UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ABCDE OPERATING, LLC, A Limited Liability Company, Doing Business As THE PENTHOUSE CLUB, | |
| Plaintiff | Case No: 2:09-CV-14969 HON. GEORGE CARAM STEEH |
| -vs- | |
| THE CITY OF DETROIT, A Municipal Corporation, KARLA HENDERSON, Individually and in Her Official Capacity As Director of the DEPARTMENT OF BUILDING & SAFETY ENGINEERING, A Municipal Agency, and JANICE M. WINFREY, Clerk of THE CITY OF DETROIT, in her Official Capacity, | **ORDER GRANTING DECLARATORY JUDGMENT** |
| Defendants. | |

| | |
|---|---|
| TIMOTHY P. MURPHY (P25941) timothypmurphy@ameritech.net Attorney for Plaintiff 20816 East 11 Mile Road, Suite 111 St Clair Shores, Michigan 48081-1578 586.779.8416 fax 313.344.7420 | ERIC B. GAABO (P39213) gaabe@law.ci.detroit.mi.us Attorney for Defendants 660 Woodward Ave., Ste. 1650 Detroit, MI 48226 313.237.3052 |

**ORDER GRANTING DECLARATORY JUDGMENT**

Upon consideration of the First Amended Verified Complaint seeking a Writ of Mandamus, the Exhibits attached to the First Amended Verified Complaint, the Stipulations of Facts submitted jointly by the parties and the arguments of counsel at the hearing on this Court's Order to Show Cause, and the Court being advised in the premises,

1

The Court finds that the Plaintiff was entitled to the approval of the Detroit City Council and the Chief of Police on its Petition 1313 requesting the transfer of Entertainment and Topless Activity Permits pursuant to MCL § 436.1916(10) and *City Council Procedures and Criteria for Michigan Liquor Control Commission Activity Permits,* upon the submission of the Petition to City Council on November 20, 2009;

**IT IS ORDERED** that Plaintiff's Petition 1313 is deemed approved by the Detroit City Council within the meaning of MCL § 436.1916(10)(b) and approved by the Chief of Police within the meaning of MCL § 436.1916(10)(c).

Entry of this Order and the Order Regarding Submission of Approval to Michigan Liquor Control Commission Pursuant to MCL § 436.1916(10) closes this case; the Court retains jurisdiction to enforce this judgment.

Dated:  January 21, 2010

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

Approved as to form:

s/Timothy Patrick Murphy                s/Eric B. Gaabo
Attorney for Plaintiff                            Senior Assistant Corporation Counsel
                                                    Attorney for Defendants